**No. 40879.**—Protest 897163–G of May B. Frankel (Los Angeles).

Opinion by Keefe, J. It was held that the burden is upon the plaintiff to prove, first, whether or not the returning traveler was a resident of the United States returning from abroad; second, whether the articles acquired abroad were for the plaintiff's personal or household use or were purchased as souvenirs or curios; third, whether or not the articles were purchased on commission or intended for sale; fourth, whether or not the plaintiff had been granted an exemption upon other articles; and fifth, whether the articles in question are such that may be included within the free entry provisions of the statute. As there was a failure to establish any of the evidentiary facts required, the protest was overruled.